IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40917
Summary Calendar
_____


MICHAEL ROSE,

                                        Plaintiff-Appellant,

versus

TDCJ-ID, J.A. COLLINS, Director, et al.,

                                        Defendants,


F. WYATT, Captain;
UNIDENTIFIED JEFFCOAT, Chief of Classification;
H. MCNEILL, CO III,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CV-669
- - - - - - - - - -
July 29, 1996
Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

    Michael Rose appeals the district court's partial dismissal
of his civil rights suit as frivolous under 28 U.S.C. § 1915(d)
and grant of summary judgment in favor of the defendants.  We

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

have conducted a <u>de</u> <u>novo</u> review of the record and conclude that summary judgment in favor of the defendants was proper.  <u>See</u> <u>Little v. Liquid Air Corp.</u>, 37 F.3d 1069, 1075 (5th Cir. 1994) (en banc); <u>Sandin v. Conner</u>, 115 S. Ct. 2293 (1995).  We also conclude that the district court did not abuse its discretion in severing and transferring Rose's claims arising out of events that took place at the McConnell Unit, finding his RICO claims legally frivolous, and denying his motion for appointment of counsel.

The judgment is AFFIRMED.